UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JAMES MAXWELL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL UNDERHILL,<br><br>Defendant. | Case No. 16-cv-01144-EMC<br><br>**ORDER TO FILE AMENDED COMPLAINT** |

On March 8, 2016, Plaintiff Kenneth James Maxwell, Jr. filed the instant lawsuit against Defendant Michael Underhill, alleging three claims: (1) "Abridging the Freedom of Speech," (2) Abridging the Freedom "of the Press," and (3) "Petition the Government for a Redress of Grievances." Docket No. 1 (Compl.). Mr. Maxwell also filed an application to proceed *in forma pauperis*. Docket No. 2. Because Mr. Maxwell stated minimal factual allegations, including no facts specific to Mr. Underhill, Judge James issued a report and recommendation, recommending that the Court exercise its duty to dismiss a case proceeding *in forma pauperis* where the complaint fails to state a claim on which relief may be granted. Docket No. 7 (R&R). On April 19, 2016, the Court adopted Judge James's report and recommendation and dismissed Mr. Maxwell's complaint, with leave to file an amended complaint by May 23, 2016. Docket No. 12 (Ord.).

Mr. Maxwell was served with the Court's Order at his San Francisco address; however, the Court's mailings have been returned as undeliverable. *See* Docket Nos. 13, 15, 16. Around May 10, 2016, Mr. Maxwell informed the Court of a new Los Angeles address, and the Court mailed a copy of the Order to the updated address. Docket No. 14. Around June 6, 2016, Mr. Maxwell told the Court he had not received the Court's Order, but that he had mailed an amended complaint;

however, the Court has not received the amended complaint. *See* Docket No. 18. The Court issued a clerk's notice, stating that Mr. Maxwell would have until June 17, 2016 to file his amended complaint with the Court. *Id.* The Court's Order adopting Judge James's report and recommendation was again mailed to Mr. Maxwell's Los Angeles address. Docket No. 18-1. No complaint has been received since.

Mr. Maxwell shall have until **July 8, 2016** to file his amended complaint with the Court. If Mr. Maxwell fails to file an amended complaint by that date, the Court will dismiss the complaint with prejudice for failure to prosecute. In addition to this Order, the Court will be sending a copy of Judge James's report and recommendation (Docket No. 7) and the Court's Order adopting Judge James's report and recommendation (Docket No. 12).

**IT IS SO ORDERED**.

Dated: June 22, 2016

_____
EDWARD M. CHEN
United States District Judge

2